People v Jackson (2026 NY Slip Op 00796)

People v Jackson

2026 NY Slip Op 00796

Decided on February 11, 2026

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 11, 2026
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

ANGELA G. IANNACCI, J.P.
VALERIE BRATHWAITE NELSON
PAUL WOOTEN
JANICE A. TAYLOR, JJ.

2022-08453
 (Ind. No. 73137/21)

[*1]The People of the State of New York, respondent,
vYamen Jackson, appellant.

Patricia Pazner, New York, NY (Robert C. Langdon of counsel), for appellant.
Eric Gonzalez, District Attorney, Brooklyn, NY (Leonard Joblove and Ann Bordley of counsel), for respondent.

DECISION & ORDER
Appeal by the defendant from a judgment of the Supreme Court, Kings County (Heidi C. Cesare, J.), rendered September 20, 2022, convicting him of criminal possession of a firearm, upon his plea of guilty, and imposing sentence.
ORDERED that the judgment is affirmed.
The defendant's contention that New York's firearm licensing scheme is unconstitutional in light of the decision of the United States Supreme Court in New York State Rifle & Pistol Assn., Inc. v Bruen (597 US 1) is unpreserved for appellate review, since he failed to raise a constitutional challenge before the Supreme Court (see People v Cabrera, 41 NY3d 35, 42-51; People v Wilson, 222 AD3d 1006, 1009). In any event, the defendant's contention is without merit (see People v Johnson, ___ NY3d ___, ___, 2025 NY Slip Op 06528, *2; People v Emmanuel D., 238 AD3d 1068, 1070; People v Cooper, 237 AD3d 844, 846).
IANNACCI, J.P., BRATHWAITE NELSON, WOOTEN and TAYLOR, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court